1  McGREGOR W. SCOTT
   United States Attorney
2  Assistant United States Attorney
   KRISTI C. KAPETAN
3  Assistant United States Attorney
   Federal Building, Room 3654
4  1130 O Street
   Fresno, CA 93721
5  Telephone: (559) 498-7272
   Facsimile:  (559) 498-7432
6
   Attorneys for Defendant United States Department of Agriculture
7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9
                         (FRESNO DIVISION)
10

11  LION BROS.                    )
12                                )
           Plaintiff,              )    NO. 1:05 cv-00292 REC-SMS
13                                )
           v.                      )
14                                )    STIPULATION TO EXTEND TIME TO
                                   )     ANSWER PLAINTIFF'S COMPLAINT
15  UNITED STATES DEPARTMENT       )
    OF AGRICULTURE,                )
16                                )
           Defendant.              )
17                                )

18      The parties, through undersigned counsel, hereby stipulate to an extension of time to answer
19  the complaint in the above-referenced matter. The parties agree that the United States Department
20  of Agriculture has thirty additional days, up to and including June 14, 2005, within which to file an
21  answer.
22  Date: May 11, 2005            Respectfully submitted,
23                                McGREGOR W. SCOTT
                                  United States Attorney
24
                          By:     /s/ Kristi C. Kapetan
25                                KRISTI C. KAPETAN
                                  Assistant U. S. Attorney
26
    Date: May 11, 2005            BRIAN C. LEIGHTON
27
                          By:     /s/ Brian C. Leighton
28                                BRIAN C. LEIGHTON

                                    1

1 | In view of the foregoing stipulation, it is HEREBY ORDERED:

2 | 1. Defendant's answer to the Complaint is due on or before June 14, 2005

3

IT IS SO ORDERED.

4

5 | Date: May 11, 2005

                /s/ Sandra M. Snyder
6               HON. SANDRA M. SNYDER
              United States Magistrate Judge