BRIAN C. LEIGHTON, CA BAR # 090907
Attorney at Law
701 Pollasky Avenue
Clovis, California  93612
Telephone: (559) 297-6190
Facsimile:  (559) 297-6194

Attorney for LION BROS.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| LION BROS., a California partnership, | CASE NO. 1:05-CV-00292-REC-SMS |
| Plaintiff, | |
| v. | SUBSTITUTION OF ATTORNEYS [LOCAL RULE 83-182(g)] AND ORDER THEREON |
| THE UNITED STATES DEPARTMENT OF AGRICULTURE | |
| Defendant. | |

**TO:  LION BROS., THE UNITED STATES DEPARTMENT OF AGRICULTURE, ITS ATTORNEY OF RECORD HEREIN, AND THE COURT**

PLEASE TAKE NOTICE that Plaintiff, LION BROS., a California partnership, hereby substitutes attorney Wesley T. Green, Corporate Counsel of Lion Raisins, Inc., whose address and telephone number are 9500 S. DeWolf, Selma, California, 93622; (559) 834-6677; Facsimile (559) 834-6622; email address wgreen@lionraisins.com  in place of BRIAN C. LEIGHTON of the Law Offices of Brian C. Leighton, 701 Pollasky Avenue, Clovis, CA.

DATED:     July 22, 2005                    LION BROS.


                                             /S/   BRUCE LION
                                            BRUCE LION, Partner

SUBSTITUTION OF ATTORNEYS [LOCAL RULE 83-182(g) AND
ORDER THEREON

1  **I ACCEPT THE ABOVE SUBSTITUTION**.    WESLEY T. GREEN

2
DATED:       July 22, 2005                    /S/   WESLEY T. GREEN
3                                             WESLEY T. GREEN, Attorney

4

5  **I AGREE TO THE ABOVE SUBSTITUTION AND RELINQUISH ALL REPRESENTATION**.

6                                             LAW OFFICES OF BRIAN C. LEIGHTON

7
DATED:       July 7, 2005                     /S/   BRIAN C. LEIGHTON
8                                             BRIAN C. LEIGHTON, Attorney

9

10                               **ORDER**

11       IT IS SO ORDERED.

12  DATED:____July 28, 2005          __/s/ ROBERT E. COYLE___
                                         **U.S. District Court Judge**

---

**SUBSTITUTION OF ATTORNEYS [LOCAL RULE 83-182(g) AND
ORDER THEREON**            2